**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-7004**

───────────────

ALEXANDER CAMERON,

Plaintiff - Appellant,

versus

S. SARRAF, Doctor; DOCTOR SWETTER, Medical
Director,

Defendants - Appellees,

and

D. HOWELL, LPN/Nurse; M. INMAN, R/N, Head
Nurse; X-RAY EXAMINERS; SIDHU BALJIT, Doctor,

Defendants.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-98-1227-AM)

───────────────

Submitted:  October 26, 2000          Decided:  November 2, 2000

───────────────

Before WIDENER, MICHAEL, and KING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Alexander Cameron, Appellant Pro Se. David Ernest Boelzner, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alexander Cameron appeals the district court's order granting summary judgment in favor of the Appellees on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Cameron v. Sarraf</u>, No. CA-98-1227-AM (E.D. Va. filed June 12, 2000; entered June 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>